RAFAEL LACOURT MARTÍNEZ, recurrente, *v.* JUNTA DE LIBERTAD BAJO PALABRA, recurrida; GUILLERMO RIVERA CARBONELL, recurrente, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrido; MARCELINO MÉNDEZ MÉNDEZ, recurrente, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrido; JOSEPH IZZO HERNÁNDEZ, recurrente, *v.* ADMINISTRACIÓN DE CORRECCIÓN, recurrida; JORGE DE JESÚS FELICIANO, recurrido, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrente; YOSMAR M. MALDONADO MARTE, recurrente, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrido; MARTÍN J. MEJÍAS ORTIZ, recurrente, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrido; JOSÉ ZABALA CASTRO, recurrente, *v.* ADMINISTRACIÓN DE CORRECCIÓN, recurrida; LUIS D. RODRÍGUEZ SANTIAGO, recurrente, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrido; LUIS A. SALAMÁN DE JESÚS, recurrente, *v.* ESTADO LIBRE ASOCIADO DE PUERTO RICO y DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurridos; EDWIN LÓPEZ BERMÚDEZ, recurrente, *v.* ADMINISTRACIÓN DE CORRECCIÓN Y REHABILITACIÓN, recurrida; ÁNGEL ALLENDE BARREIRO, recurrente, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrido; DAVIS SANTIAGO SANTIAGO, recurrente, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrido; JOSÉ ÁNGEL LÓPEZ MOLINA, recurrente, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrido; PEDRO L. COLÓN DE JESÚS, recurrente, *v.* DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN, recurrido.

*Número:* CT-2017-0007     *Resuelto:* 3 de agosto de 2017

PER CURIAM: El 3 de mayo de 2017, la Junta de Supervisión y Administración Financiera para Puerto Rico presentó una petición de quiebra a nombre del Gobierno de Puerto Rico, según lo permite el Título III del *Puerto Rico Oversight, Management, Economic Stability Act* (PROMESA), 48 USC sec. 2101 *et seq*. En lo pertinente, la sección 301(a) del Título III de PROMESA incorporó las secciones 362 y 922 del Código Federal de Quiebras que versan sobre las paralizaciones automáticas de pleitos contra el deudor y su propiedad. 48 USC sec. 2161(a).

En vista de lo anterior, el foro apelativo intermedio ordenó la paralización y el archivo administrativo de los casos de referencia. Estos tratan, en su mayoría, de determi-

naciones administrativas sobre remedios solicitados por personas que cumplen sentencias criminales. En particular, se solicita la revisión de decisiones con relación a: (1) la Junta de Libertad bajo Palabra; (2) clasificación de custodia; (3) solicitud de terapias; (4) evaluación de plan institucional; (5) impugnación de sanciones; (6) adjudicación de bonificaciones, y (7) retención de pertenencias incautadas durante un cateo. Asimismo, uno de los casos es sobre una petición de *injunction* en contra del Departamento de Corrección y Rehabilitación, y con relación a un procedimiento disciplinario. Así las cosas, el 18 de julio de 2017 certificamos *motu proprio* y consolidamos estos casos.

■ El objetivo principal de la paralización es liberar al deudor de presiones financieras mientras se dilucida el procedimiento de quiebra. Véase 3 *Collier on Bankruptcy* Sec. 362.03 esc. 6 ("The automatic stay is one of the fundamental debtor protections provided by the bankruptcy laws. It gives the debtor a breathing spell from his creditors. It stops all collection efforts, all harassment, and all foreclosure actions. It permits the debtor to attempt a repayment or reorganization plan, or simply to be relieved of the financial pressures that drove him into bankruptcy", citando a H.R.Rep. No. 595, 95th Cong., 1st Sess. 340 (1977).[1] Por otro lado, es necesario señalar que tanto los tribunales federales como los estatales tenemos la facultad inicial de interpretar la paralización y su aplicabilidad a los casos ante nos. *In Mid-City Parking, Inc.*, 332 B.R. 798, 803 (N.D. Ill. 2005) ("Nonbankruptcy forums in both the state and federal systems have jurisdiction to at least initially determine whether pending litigation is stayed").[2]

---

[1] Véase, además, *In re Lezzi*, 504 B.R. 777, 779 (2014) (E.D. Penn.) ("The automatic stay applies to a broad range of conduct, but in its most conventional application, the automatic stay restrains pending debt collection litigation, thereby furnishing an obvious benefit to the debtor: a 'breathing spell' ").

[2] Véanse, también: *In re Lenke*, 249 B.R. 1, 10 (D. Az. 2000); *In re Singleton*, 230 B.R. 533, 538–539 (6to Cir. 1999); M.B. Culhane y M.M. White, *Bankruptcy Issues for State Trial Court Judges*, 3ra ed., Virginia, American Bankruptcy Institute, 2005, pág. 23.

■ En vista de la jurisdicción concurrente que tiene este Tribunal, y examinados los casos ante nuestra consideración, *determinamos que a estos no les aplica la paralización automática de las secciones 362 y 922 del Código Federal de Quiebras*, supra. *Lo anterior, debido a que, entre otras cosas, estos no involucran reclamación monetaria alguna contra el Estado.* Véanse: *Atiles-Gabriel v. Puerto Rico*, 2017 WL 2709757, 2 (D. PR 2017) (J. Gelpí), donde se rechazó una interpretación excesivamente amplia de la paralización automática bajo PROMESA y se denegó su aplicación a un procedimiento de habeas corpus ("The relief sought concerns a person's liberty; it does not seek a right to payment, nor an equitable remedy for which monetary payment is an alternative remedy"); *Vázquez Carmona v. Department of Education of Puerto Rico*, 2017 WL 2352153, 1 (D. PR) (J. Gelpí), donde también se denegó la aplicación de la paralización a un procedimiento de *injunction* ("The relief requested is not monetary damages").

En consecuencia, *se revocan las órdenes de paralización que emitió el Tribunal de Apelaciones, se reactivan los casos y se devuelven a dicho foro para que continúe con los procedimientos a la brevedad posible. Los casos deberán ser atendidos por el panel del Tribunal de Apelaciones que ordenó la paralización. Así también, se exhorta al foro apelativo intermedio a proceder con mayor cautela en el contexto de la quiebra gubernamental aquí envuelta y la paralización de pleitos en virtud de PROMESA. Notifíquese inmediatamente.*

*Se dictará sentencia de conformidad.*